IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ASHLEY TURNER,

    Plaintiff,

v.                          CASE NO. 4:04-cv-00288-MP-AK

OLIVER LOMAN,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 41, Report and Recommendation of the Magistrate Judge. On April 4, 2006, Magistrate Judge Kornblum ordered the plaintiff to respond to the motion for summary judgment by April 21, 2006. Plaintiff did not respond. Later, the Report and Recommendation was mailed to the last address supplied by the Plaintiff, after she was released from prison. The Report and Recommendation was returned as undeliverable. The Court agrees with the Magistrate Judge that the plaintiff has failed to prove that she exhausted administrative remedies or that she suffered physical injury. Also, the Court notes that plaintiff has a duty to keep the Court informed of her proper address but has failed to do so. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _24th_ day of October, 2006

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge